United States District Court
Southern District of Texas
**ENTERED**
November 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REYNALDO GILBERTO PADILLA-TORRES, § § Petitioner, § VS. § UNITED STATES OF AMERICA § § § | CIVIL ACTION NO. 1:22-CV-143 CRIMINAL ACTION NO. 1:21-CR-655-1 |

## ORDER

On October 17, 2022, Petitioner Reynaldo Gilberto Padilla-Torres moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Doc. 1)  He alleges "[h]e is being deprived of his constitutional [ ] liberty" because Congress "proscribe[d] marijuana [ ] without due process of law" and "without compelling government reasons". (*Id.* at 3)

The Magistrate Judge recommends that Padilla-Torres's Motion be denied as substantively meritless.  (R&R, Doc. 4)  No party filed objections to the Report and Recommendation, and the Court finds no plain error within it. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 4).  It is:

**ORDERED** that all claims against the United States by Petitioner Reynaldo Gilberto Padilla-Torres in his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1) are **DISMISSED WITH PREJUDICE**.

In addition, the Court finds that no outstanding issue would be debatable among jurists of reason, and that Padilla-Torres fails to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Accordingly, the Court **DENIES** a Certificate of Appealability.

The Clerk of Court is directed to close this matter.

Signed on November 15, 2022.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge